No. 90–1546. BEAVERS ET UX. *v.* WOODS ET UX. C. A. 6th Cir. Certiorari denied. ▮

No. 90–1554. KING, AS FATHER AND NEXT FRIEND OF KING, A MINOR, ET AL. *v.* EASTERN AIRLINES, INC. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. ▮

No. 90–1559. ERLANDSON, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF NEE, ET AL. *v.* INTERNATIONAL BANK OF CORPUS CHRISTI, N. A., ET AL. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 90–1568. AMERICAN CIVIL LIBERTIES UNION/EASTERN MISSOURI FUND ET AL. *v.* MILLER. Sup. Ct. Mo. Certiorari denied. ▮

No. 90–1617. HATCH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 90–1637. MILLS *v.* NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied. ▮

No. 90–1638. LAND *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 90–1654. PATTON *v.* VARDELL ET AL. C. A. 4th Cir. Certiorari denied. ▮

No. 90–6099. MECKLEY *v.* MAGNUM ET AL. C. A. 4th Cir. Certiorari denied. ▮

No. 90–6657. SCOTT *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. ▮

No. 90–7023. MERIWETHER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 90–7073. HOWARD *v.* UNITED STATES; and
No. 90–7432. STANLEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 918 F. 2d 1529.

No. 90–7221. JONES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 90–7229. PINEDA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮